UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-315-FDW

| | |
|---|---|
| BILLY JOSEPH EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GRAHAM COUNTY JAIL, et al., ) | **ORDER** |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Order to Compel Release of Evidence and Discovery Materials, (Doc. No. 18), in which Plaintiff seeks an order from the Court requiring Defendants to serve Plaintiff with responses and responsive documents to Plaintiff's Request for Voluntary Production of Documents. The Court denies the motion for the reasons stated in Defendants' opposition brief, in which Defendants assert that the motion is moot because Defendants have since responded to the discovery requests from Plaintiff.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Order to Compel Release of Evidence and Discovery Materials, (Doc. No. 18), is **DENIED** as moot.

Signed: November 28, 2017

Frank D. Whitney
Chief United States District Judge

1